# UNITED STATES DISTRICT COURT

for the

District of

Division

Catherine Hollingsworth

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SOA DHHS Dba Alaska Medicaid Health Care Travel Services Ryan Bender, Carrie Silvers, John-Jane Doe 1-10

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:19-cv-00156-MMS
*(to be filled in by the Clerk's Office)*

RECEIVED MAY 31 2019 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Catherine Hollingsworth
   Street Address: 3030 N Snowgoose Dr
   City and County: Wasilla,
   State and Zip Code: AK 99654
   Telephone Number: 907-373-3070
   E-mail Address: cathyk2p2@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: SOA/DHHS/Medicaid
- Job or Title (if known):
- Street Address: 4501 Business Pk Blvd #24
- City and County: Anchorage
- State and Zip Code: Alaska, 99503
- Telephone Number: 907-334-2419
- E-mail Address (if known):

Defendant No. 2
- Name: Health Care Travel Svcs
- Job or Title (if known):
- Street Address: 4501 Business Pk Blvd #24
- City and County: Anchorage
- State and Zip Code: Alaska, 99503
- Telephone Number: 907-334-2419
- E-mail Address (if known):

Defendant No. 3
- Name: Ryan Bender
- Job or Title (if known): SOA - Medicaid Spec. I - DHHS Med Asst Admin Director
- Street Address: 4501 Business Pk Blvd #24
- City and County: Anchorage AK 99503
- State and Zip Code:
- Telephone Number: 907-334-2419
- E-mail Address (if known): ryan.bender@alaska.gov

Defendant No. 4
- Name: Carrie Silvers
- Job or Title (if known): SOA - Medicaid Spec IV, HCS Med Admin Dir.
- Street Address: 4501 Business Park Blvd #24
- City and County: Anch, AK 99503
- State and Zip Code:
- Telephone Number: 907-334-2419
- E-mail Address (if known): carrie.silvers@alaska.gov

Defendant No. 1
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

John-Jane Doe 1-10
Medicaid HCS Travel
4501 Business Pk Blvd #24
Anch
Alaska 99503
907-334-2419

Defendant No. 2
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 3
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 4
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC 12101 — 12203

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Catherine Hollingsworth is a citizen of the State of *(name)* Alaska.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) Alaska Medicaid, is incorporated under the laws of the State of (name) State of Alaska, and has its principal place of business in the State of (name) Alaska.

Or is incorporated under the laws of (foreign nation) Alaska,

and has its principal place of business in (name) Alaska.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

I have requested accomodation to have medicaid travel assit me to travel to receive necessary medicare care at the only place in the US that can treat my complex medical conditions. See attached complaint & backup attached.

B. What date and approximate time did the events giving rise to your claim(s) occur?

It started 2 years ago & continues today.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I am getting sicker. I need to be able to travel for medical care. The medicaid office has no idea or a process to accomodate my illnesses. They are refusing to provide me travel accomodations that work for my illnesses & medical conditions.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I will die w/out medical care & treatment. The medicaid office w/ not deny me in writing or make the accomodations necessary for me to travel. The damage can result in ending of my life.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

That the state provide a process of accomodation to assit me in approperiate accomodations to reach medically necessary ~~medicare~~ medical care as soon as possible

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 31, 2019

Signature of Plaintiff: *Catherine J. Hollingsworth*
Printed Name of Plaintiff: Catherine J. Hollingsworth

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address