# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CATHERINE HOLLINGSWORTH,

        Plaintiff,

    v.

SOA DHHS, DBA ALASKA MEDICAID HEALTH CARE TRAVEL SERVICES, *et al.,*

        Defendants.

Case No. 3:19-cv-00156-SLG

## NOTICE OF INTENT TO DISMISS

On May 31, 2019, Catherine Hollingsworth, a self-represented litigant, filed a Complaint in this Court.[1] The Court issued an Order Directing Service and Response on August 13, 2019, certifying plausible claims existed in the Complaint, granting the Motion to Proceed without Prepayment of Fees, and explaining the requirements of completing service on the Defendants that Ms. Hollingsworth needed to accomplish.[2] Blank summons forms were mailed to her that same day, with instructions that she complete the forms and return them to the Court for issuance. To date, the summons have not been returned to the Court for issuance.

Ms. Hollingsworth must follow the Federal Rules of Civil Procedure and the Local Civil Rules for the District of Alaska in serving the Defendants. Under the Federal Rules, "[i]f a defendant is not served within 90 days after the complaint is

---

[1] Docket 1.

[2] Docket 7.

filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service or order that service be made within a specified time."[3]

The Court will grant Ms. Hollingsworth additional time to complete service until **December 9, 2019**. However, Ms. Hollingsworth is warned that she has until **December 9, 2019** to obtain issued summons from the Court, then serve the Defendants and file proof of service with the Court. Otherwise, this action will be dismissed without further notice.

**IT IS ORDERED** that the Clerk of Court is to send additional summons forms to Ms. Hollingsworth. Ms. Hollingsworth should complete the forms, as explained in the Order Directing Service and Response, and return them to the Court immediately. **IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of the Order Directing Service of Response at Docket 7 to Ms. Hollingsworth along with this Order.

DATED at Anchorage, Alaska, this 7th day of November, 2019.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] Fed. R. Civ. P. 4(m).

3:19-cv-00156-SLG, *Hollingsworth v. SOA DHHS, et al.*
Order Re: Service
Page 2 of 2
Case 3:19-cv-00156-SLG   Document 8   Filed 11/07/19   Page 2 of 2