# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CATHERINE HOLLINGSWORTH,

    Plaintiff,

    v.

SOA DHHS, DBA ALASKA MEDICAID HEALTH CARE TRAVEL SERVICES*, et al.,*

    Defendants.

Case No. 3:19-cv-00156-SLG

## ORDER OF DISMISSAL

On May 31, 2019, Catherine Hollingsworth, a self-represented litigant, filed a Complaint in this Court.[1] The Court issued an Order Directing Service and Response on August 13, 2019, certifying plausible claims existed in the Complaint, granting the Motion to Proceed without Prepayment of Fees, and explaining the requirements of completing service on the Defendants that Ms. Hollingsworth needed to accomplish.[2] On November 7, 2019, the Court issued a Notice of Intent to Dismiss warning Ms. Hollingsworth that service must be completed in accordance with Federal Rule of Civil Procedure 4, and if not done so within the next 30 days, her case would be dismissed.[3]

---

[1] Docket 1.

[2] Docket 7.

[3] Docket 8.

Ms. Hollingsworth was required to have completed service on or before October 15, 2019.[4] Despite being given notice, additional time, and a warning that her case would be dismissed unless she took action to serve the defendants by December 9, 2019,[5] Mr. Hollingsworth has failed to file any proofs of service in this case.

Accordingly, this case is DISMISSED without prejudice for failure to serve, under Federal Rule of Civil Procedure 4(m). The Clerk of Court is directed to enter a final judgment accordingly.

DATED at Anchorage, Alaska, this 19th day of December, 2019.

*s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[4] Docket 7.

[5] Docket 8.

3:19-cv-00156-SLG, *Hollingsworth v. SOA DHHS, et al.*
Order of Dismissal
Page 2 of 2
Case 3:19-cv-00156-SLG   Document 9   Filed 12/19/19   Page 2 of 2