# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| CATHERINE HOLLINGSWORTH<br>*Plaintiff*<br>v.<br><br>SOA DHHS, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 3:19-cv-00156-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this case is dismissed without prejudice for failure to serve, under Federal Rule of Civil Procedure 4(m).

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: December 19, 2019

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Jennifer A. Gamble**
Jennifer A. Gamble
Acting Clerk of Court